AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **CALIFORNIA**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Grey Motorola Boost i425 Cellular Telephone with a purple cover and without photo capabilities

## SEARCH WARRANT

Case Number: **'08 MJ 8515**

FILED
JUN 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: **DAVID NIEBLA** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **DAVID NIEBLA** (Affiant) who has reason to believe

that ___ on the person of, or ✓ on the premises known as (name, description and/or location)

**REFER TO ATTACHMENT A**

in the **SOUTHERN** District of **CALIFORNIA** there is now concealed a certain person or property, namely (describe the person or property)

**REFER TO ATTACHMENT B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **June 16, 2008**
                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~in the daytime — 6:00 AM to 10:00 P.M.~~ ✓ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

**PETER C. LEWIS** as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

**June 6, 2008 @ 3:58 pm.** at **EL CENTRO, CA**
Date and Time Issued                City and State

Peter C. Lewis, U. S. Magistrate Judge          [signature]
Name and Title of Judge                         Signature of Judge

| | RETURN 08MJ8515 | |
|---|---|---|
| DATE WARRANT RECEIVED<br>June 6, 2008 | DATE AND TIME WARRANT EXECUTED<br>June 6, 2008 4:30 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Personal Property Pertaining to Defendant |

INVENTORY MADE IN THE PRESENCE OF
Drug Enforcement Administration (DEA) Special Agent Michael Ortiz

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

CONTACTS:
Andres 122*990*11085
Call Balance 225 Speed Dial#249
Call Care 611 Speed Dial#250
Call Re-Boost 233 Speed Dial#248

RECENT CALLS :
Andres 122*990*11085 4:23pm 6/5/2008 Duration 0
7605567443 1:21pm 6/1/08 Duration 1:15
122*990*11086 1:06pm 6/1/2008 Duration 0:32
7603482463 12:28pm 6/1/2008 Duration 0:49
7609604424 12:17pm 6/1/2008 Duration 0 :00
Call Balance 225 Speed Dial#249 9:12pm 5/31/2008 Duration 0:00
0017603482463 9:18am 5/29/2008 Duration 0:00
124*489*9468 8:15pm 5/28/2008 Duration 0:17
122*990*11086 8:07pm 5/28/2008 Duration 0:00
122*99*11086 7:24pm 5/28/2008 Duration 0:00
0115216862362801 3:56pm 5/28/2008 Duration 0 :00
7605954158 3:55pm 5/28/2008 Duration 0 :00
609604424 2 :12pm 5/28/2008 Duration 0 :00

MESSAGING :
SUBJECT : (BOOST FREE MSG)
WELCOME TO BOOST MOBILE
CHECK OUT BOOST VIP
http://www.boostvip.com/wap
where you can learn more about Boost. For more information check out http:www.boostmobile.com.
From: nreply@boostmobile.com
To: 7602222579@myboostmobile.com
Received: 05/30/2008 10:49AM

SUBJECT: Boost Mobile Order. Thanks for choosing Boost!
Your Boost Phone number is 7602222579, your Walkie-Talkie number is 122*990*11834, and the account PIN on your account is 1109.
Your voicemail password is your seven digit phone number. You can access your voicemail and change your password free by calling your cell phone from a landline and pressing star during the greeting.
To: 7602222579@myboostmobile.com
Received: 05/28/2008 2:51PM


TELEPHONE INFORMATION:
7602222579
122*990*11834
Carrier IP : 10.210.246.93

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____D Ortiz_____

Subscribed, sworn to, and returned before me this date.

_____          6-16-08
U.S. Judge or Magistrate                Date

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One Grey Motorola Boost i425 cellular telephone with a purple cover without photo capabilities seized from Luz CAZARES and in the custody of DEA.



The cellular telephone to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

ATTACHMENT B

ITEMS TO BE SEIZED

All electronically stored information in said cellular phone, which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances, including:

a. telephone numbers of incoming/outgoing calls stored in the call registry

b. telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

c. any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963;

d. telephone subscriber information; and

e. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963